IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LISA L. JONES,<br><br>     Plaintiff,<br><br>v.<br><br>SPEEDY CASH and CURO FINANCIAL TECHNOLOGIES CORP. f/k/a SPEEDY CASH HOLDINGS CORP.,<br><br>     Defendant. | 7:18-cv-00276<br><br>Honorable Randy Crane |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that LISA L. JONES ("Plaintiff") and SPEEDY CASH and CURO FINANCIAL TECHNOLOGIES CORP. f/k/a SPEEDY CASH HOLDINGS CORP. ("Defendants"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 23rd day of October, 2018.

                                    Respectfully submitted,

                                    *s/ Omar T. Sulaiman*
                                    Omar T. Sulaiman
                                    Sulaiman Law Group, Ltd.
                                    2500 S. Highland Ave., Ste. 200
                                    Lombard, IL 60148
                                    Phone: (630) 575-8181
                                    osulaiman@sulaimanlaw.com
                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*