**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| LISA L. JONES,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDY CASH and CURO FINANCIAL TECHNOLOGIES CORP. f/k/a SPEEDY CASH HOLDINGS CORP.,<br><br>Defendants. | Case No.: 7:18-cv-00276<br><br>Honorable Judge Randy Crane |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOW COMES** Plaintiff, LISA L. JONES ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and in support of his Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendants, SPEEDY CASH and CURO FINANCIAL TECHNOLOGIES CORP. f/k/a SPEEDY CASH HOLDINGS CORP., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 6, 2018

Respectfully Submitted,

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
osulaiman@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman